UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARY BROWN BLACK | CIVIL ACTION |
| VERSUS | NO: 14-2724 |
| ACTING CAROLYN W. COLVIN, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | SECTION: "N" (4) |

### ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on February 26, 2016 (Rec. Doc. No. 15), and the response to plaintiff's objections filed by the defendant on March 23, 2016 (Rec. Doc. No. 16), hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS ORDERED** that the Administrative Law Judge's decision denying Mary Brown Black's Disability Insurance Benefits and request for Supplemental Security Income Benefit is **AFFIRMED**.

New Orleans, Louisiana, this 28th day of March 2016.

UNITED STATES DISTRICT JUDGE